1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DERRICK BROWN,

11             Plaintiff,                No. CIV S-07-0132 LKK KJM P

12        vs.

13   DR. BORGES, et al.,

14             Defendants.              ORDER

15   _____/

16             Plaintiff is a state prison inmate proceeding pro se with a civil rights action under

17   42 U.S.C. § 1983.  He has filed a motion for additional time in which to pursue discovery and

18   supported the motion with his declaration describing the difficulties he has had in gaining access

19   to the law library.  He has not, however, described what discovery he has pursued or what

20   additional time he believes is necessary for him to complete discovery.

21             Accordingly, IT IS THEREFORE ORDERED that plaintiff's motion for an

22   extension of time (docket no. 12) is denied without prejudice to a more complete showing.

23   DATED:  January 31, 2008.

24                                        _____
                                          U.S. MAGISTRATE JUDGE
25

26   2/brow0132.eot

                                          1