IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK BROWN,

        Plaintiff,                No. CIV S-07-0132 LKK KJM P

    vs.

DR. BORGES, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' January 3, 2008 motion for summary judgment. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's requests for an extension of time (docket nos. 20 and 21) are granted;

        2. Plaintiff is granted sixty days from the date of this order in which to file and serve an opposition to defendants' January 3, 2008 motion for summary judgment; and

/////

/////

/////

/////

/////

1      3.  Within fifteen days of the date of this order, plaintiff is directed to notify the
2 court whether his copy of the motion for summary judgment has been returned to him.
3 DATED:  March 5, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
brow0132.36sec