IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK BROWN,

        Plaintiff,               No. CIV S-07-0132 LKK KJM P

   vs.

DR. BORGES, et al.,

        Defendants.       <u>ORDER</u>

_____/

        Defendants have filed a motion to vacate the remaining dates in the court's scheduling order of July 25, 2007, in light of the pending motion for summary judgment.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion to vacate the dates (docket no. 23) is granted; and

        2. The dates for submitting pretrial statements, pretrial conference and trial as set in the scheduling order (docket no. 9) are vacated.

DATED: April 4, 2008.

                                                U.S. MAGISTRATE JUDGE

2 brow0132.vsch

1